# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | : | No. 101 EM 2018 |
| | : | |
| v. | : | |
| | : | |
| LLB GYM, LLC, FRANK BAER, 12FIT LLC, LOEWS PHILADELPHIA HOTEL, INC., LPH PARTNER, INC., LOEWS HOTEL HOLDING CORPORATION, TWELFTH STREET HOTEL ASSOCIATES, L.P., PHILADELPHIA HOTEL OPERATING COMPANY, INC., GIORGIO COYNE & ASSOCIATES, INC., CHRISTOPHER COYNE, GENATT V LLC D/B/A GENATT ASSOCIATES, GENATT ASSOCIATES, AND JEROME MCNEILL AND ELENA MYERS COURT | : | |
| | : | |
| PETITION OF: LLB GYM, LLC, FRANK BAER, 12FIT LLC | : | |

## ORDER

**PER CURIAM**

     **AND NOW,** this 6th day of September, 2018, Petitioners' application for extraordinary relief and stay of discovery is **DENIED**. Further, Petitioners' application for leave to supplement their application for extraordinary relief and stay of discovery is **DENIED**.